Max Hirshkind, Appellant, v. Manhattan Trust Company and Edward Ashforth, as Executors, etc., of Honora V. Cabassud, Deceased, Respondents.—

Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.